UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> Plaintiff's Stipulation of Dismissal, [Dkt. 22], is acknowledged. The Clerk is directed to close this matter. MG 11/17/2025

| | |
|---|---|
| INDIANA STATE COUNCIL OF CARPENTERS PENSION FUND; INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS DEFINED CONTRIBUTION PENSION FUND; INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND; INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS JOINT APPRENTICESHIP AND TRAINING FUND; and CENTRAL MIDWEST REGIONAL COUNCIL OF CARPENTERS,<br><br>    Plaintiffs,<br><br>    vs.<br><br>LOUGH BROS. ROOFING & SIDING CO., INC., an Indiana corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 1:25-cv-00062-TWP-MG<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL**

Plaintiffs, the INDIANA STATE COUNCIL OF CARPENTERS PENSION FUND *et al.* ("Plaintiffs"), and the Defendant, LOUGH BROS. ROOFING & SIDING CO., INC. ("Defendant"), by and through their respective undersigned counsel of record, hereby stipulate to the dismissal of the above-captioned matter pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil as follows:

WHEREAS, the parties in this matter have resolved their disputes in the lawsuit related to the payroll compliance audit of Defendant for the period of January 1, 2014, through September 30, 2023.